ACCEPTED
04-16-00550-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/30/2016 1:36:29 PM
KEITH HOTTLE
CLERK

## No. 4-16-00550-CV

| IN RE TODD A. PRINS, | § | IN THE 4TH |
| Relator. | § | |
| | § | |
| | § | COURT OF APPEALS |
| | § | |
| | § | |
| | § | |
| | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/30/2016 1:36:29 PM
KEITH E. HOTTLE
Clerk

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/30/2016 1:36:29 PM
KEITH E. HOTTLE
Clerk

### RELATOR'S UNOPPOSED MOTION FOR EMERGENCY STAY

Relator asks the Court for an emergency stay.

### A. INTRODUCTION

1. Relator is Todd A. Prins; real party in interest is The Estate of Jose Oleszcovski Wasserteil, Deceased; respondent is the Honorable Kelly M. Cross, Presiding Judge of Probate Court No. 1, Bexar County, Texas.

2. Relator filed his petition for writ of mandamus on August 29, 2016.

3. Relator attaches a certificate of compliance certifying that on August 30, 2016, notified respondent and real party in interest by facsimile that a motion for temporary relief would be filed. Tex. R. App. P. 52.10(a).

4. On August 26, 2016, the honorable Judge Kelly M. Cross entered an Order requiring Relator, Todd A. Prins, to deposit certain funds within the registry of the Court, and to register the funds as belonging to the Estate, along with Relator and the Estate's attorneys. Relator's application for writ of mandamus challenges the validity of this Order, and requests an emergency stay from compliance with

the Order until the Court of Appeals determines whether mandamus is appropriate.

## B. ARGUMENT & AUTHORITIES

5. The Court may grant temporary relief pending its determination of an original proceeding. Tex. R. App. P. 52.10(b).

6. This emergency stay is necessary to maintain the status quo of the parties and to preserve the Court's jurisdiction to consider the merits of the original proceeding. *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.—San Antonio 1995, orig. proceeding). The Estate believes that the funds should be included as a part of the probate of Decedent's estate, and there is a genuine dispute as to whether Relator is entitled to the funds as a distribution through a partnership between Decedent and Relator. The Estate owes a substantial amount of taxes to the United States Government, and it is possible that the Internal Revenue Service would be allowed to file a lien on the funds when they are put into the registry, regardless of the ultimate outcome of the underlying litigation. The status quo must be preserved to determine whether Relator is entitled to the funds outside of probate.

7. Relator attaches the decalration of Todd A. Prins and the affidavit of Darin N. Digby to establish facts that are not included in the appellate record, are not

known to the Court in its official capacity, and are not within the personal knowledge of the attorney signing this motion.

## C. CONCLUSION

8. An emergency stay is necessary to preserve the status quo because compliance with the Court's order may result in Relator losing his claim to the contested funds without an determination of the underlying lawsuit.

## D. PRAYER

9. For the reasons stated in this motion, Relator, Todd A. Prins asks the Court for an emergency stay to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of relator's original proceeding.

Respectfully submitted,

Prins Law Firm
4940 Broadway, Suite 108
San Antonio, TX 78209
Telephone: (210) 820-0833
Facsimile: (210) 820-0929

By: /s/ Travis M. Parks
TRAVIS M. PARKS
State Bar No. 24070384
ATTORNEY FOR TODD A. PRINS

## CERTIFICATE OF SERVICE

On August 30, 2016, the foregoing document was served on the following counsel of record in accordance with the Texas Rules of Appellate Procedure.

FLUME LAW FIRM, LLP
1020 N. E. Loop 410, Suite 200
San Antonio, Texas 78209
(210) 828-5641
(210) 821-6069 Facsimile
MICHAEL FLUME
State Bar No. 07188480
mfllume@flumelaw.net
GUILLERMO S. DEKAT
State Bar No. 24069599
gdekat@flumelaw.net

ATTORNEYS FOR THE ESTATE OF
JOSE OLESZCOVSKI WASSERTEIL

/s/ Travis M. Parks
Travis M. Parks

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Michael Flume by telephone, and he has agreed and is unopposed to the motion for emergency stay.

/s/ Travis M. Parks
Travis M. Parks

# CERTIFICATE OF COMPLIANCE

Under Texas Rule of Appellate Procedure 52.10(a), I certify that on August 30, 2016, I notified the following parties via telephone or fax that a motion for temporary relief would be filed.

*Real Parties in Interest:*

The Estate of Jose Oleszcovski Wasserteil, Deceased

FLUME LAW FIRM, LLP
1020 N. E. Loop 410, Suite 200
San Antonio, Texas 78209
(210) 828-5641
(210) 821-6069 Facsimile
MICHAEL FLUME
State Bar No. 07188480
mfllume@flumelaw.net
GUILLERMO S. DEKAT
State Bar No. 24069599
gdekat@flumelaw.net
**Counsel for Ind. Executor/Plaintiff**

*Respondent/Trial Court Judge via facsimile:*
The Honorable Kelly M. Cross
Probate Court No. 1
100 Dolorosa, 1st floor, Room 123
San Antonio, Texas 78205
(210)335-3998 fax

/s/ Travis M. Parks
Travis M. Parks

No. 4-16-00550-CV

| | | |
|---|---|---|
| IN RE TODD A. PRINS, | § | IN THE 4TH |
| Relator. | § | |
| | § | |
| | § | COURT OF APPEALS |
| | § | |
| | § | |
| | § | |
| | § | SAN ANTONIO, TEXAS |

## DECLARATION OF TODD A. PRINS

1. "My name is Todd A. Prins. My date of birth is 5/2/66, and my address is 342 E. Nottingham Place, San Antonio, Texas 78209. I declare under penalty of perjury that the facts stated in this declaration are within my personal knowledge and are true and correct.

2. "I, Todd A. Prins, have reviewed the motion and every factual statement in the motion is supported by competent evidence included in the appendix or record of the Petition for Writ of Mandamus."

Executed in Bexar County, Texas, on August 30, 2016

Todd A. Prins